```
                                        ORIGINAL
MICHAEL J. GARCIA                    ┌─────────────────────────┐
United States Attorney for the       │ USDS SDNY               │
Southern District of New York        │ DOCUMENT                │
By: SUSAN C. BRANAGAN                │ ELECTRONICALLY FILED    │
Assistant United States Attorney     │ DOC #: _____  │
86 Chambers Street - 3rd Floor       │ DATE FILED: 7-10-08     │
New York, New York  10007            └─────────────────────────┘
Tel. (212) 637-2804
Fax. (212) 637-2750
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

NORMA CANDELARIO on behalf of
HARRY CANDELARIO,

        Plaintiff,

    - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

- - - - - - - - - - - - - - - - x

<u>STIPULATION AND ORDER</u>
08 Civ. 4035 (JGK)

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  The reason for the request is that

the administrative record has not yet been received by defendant's counsel.  No prior extension has been requested in this case.

Dated: New York, New York
       June 28, 2008

*Norma Candelario*
NORMA CANDELARIO o/b/o
HARRY CANDELARIO
Plaintiff pro se
1100 Teller Avenue
 Apt.#1A
Bronx, New York   10456
Telephone No.: (718) 293-4530

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

7/9/08