ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2804
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 09-03-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
NORMA CANDELARIO o/b/o            :
HARRY CANDELARIO,                 :
                                  :
                    Plaintiff,    :
                                  :
         - v. -                   :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   08 Civ. 4035 (JGK)
Social Security,                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for



further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       August 14, 2008

                                  *Norma Candelario*
                                  NORMA CANDELARION o/b/o
                                  HARRY CANDELARIO
                                  Plaintiff <u>pro</u> <u>se</u>
                                  1100 Teller Avenue, Apt.#1A
                                  Bronx, New York   10456
                                  Telephone No.: (718) 293-4530

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for Defendant

By: *Susan C. Branagan*
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE